COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS




MICHAEL BINKLEY,


 Appellant,


v.



RANCHOS PROPERTY OWNERS
ASSOCIATION INC.,


 Appellee.
§


 


§


 


§


 


§


 


§


 


 § 


No. 08-08-00055-CV



Appeal from the


County Court at Law #3


of El Paso County, Texas 


(TC# 2006-3801) 



MEMORANDUM OPINION


 Pending before the Court is Appellant's motion to dismiss. In his motion, Appellant
states that an agreement has been reached and each party is satisfied.

 An appellate court may dismiss an appeal upon motion of an appellant. Tex.R.App.P.
42.1(a)(1). We grant the motion and dismiss the appeal with prejudice. The motion does not
reflect that the parties have reached an agreement regarding the payment of costs. Accordingly,
costs are taxed against Appellant. See Tex.R.App.P. 42.1(d).



January 30, 2009

 DAVID WELLINGTON CHEW, Chief Justice


Before Chew, C.J., McClure, and Rivera, JJ.